JEREMY W. FAITH (State Bar No. 190647)
RUDOLPH E. BRANDES (State Bar No. 265736)
GOODMAN FAITH, LLP
21550 Oxnard Street, Suite 830
Woodland Hills, California 91367
Telephone: (818) 887-2500
Facsimile:  (818) 887-2501

Attorneys for Plaintiff David L. Hahn, Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.:  2:10-bk-16565-ER |
| WHINSTONE GROUP, INC., dba WAPO GROUP, | Chapter:  7 |
| Debtor. | **COMPLAINT FOR: 1) TURNOVER; 2) INTENTIONAL VIOLATION OF THE AUTOMATIC STAY; 3) CONVERSION; AND 4) INJUNCTIVE RELIEF** |
| DAVID L. HAHN, Chapter 7 Trustee, | [Status Conference to be Set by Summons] |
| Plaintiff, vs. | |
| PS BUSINESS PARKS, L.P., a California limited partnership; ABDEL BALTA, an individual, d/b/a SIGNAL HILL TOWING, a/d/b/a SIGNAL TOWING, a/d/b/a EXPEDITE TOWING, | |
| Defendants. | |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

**JUDGE:**

**COMES NOW** Plaintiff David L. Hahn, the Chapter 7 trustee herein ("Plaintiff"),

and alleges as follows:

///

///

**GENERAL ALLEGATIONS**

1.     This Court has jurisdiction over this adversary proceeding by virtue of 28 U.S.C. §§ 151, 157 and 1334.  11 U.S.C. §§ 105, 541, 542 and Local Rules and Orders of the United States Bankruptcy Court and the United States District Court for the Central District of California.

2.     Venue is proper in this Court under 28 U.S.C. § 1409 as this adversary proceeding arises under and in connection with a case under Title 11 which is pending in this District.

3.      This action is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (E), (K) and (O).

4.     This bankruptcy case was commenced by Whinstone Group, Inc., d/b/a WAPO Group (the "Debtor") on February 24, 2010 (the "Petition Date"), by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

5.     David L. Hahn is the duly appointed, qualified and acting Chapter 7 Trustee for the Debtor's bankruptcy estate and the Plaintiff herein.

6.     PS Business Parks, L.P. is a California limited partnership ("PSBP") and is subject to the jurisdiction of this Court.

7.     Abdel Balta, doing business as Signal Hill Towing, Signal Towing and/or Expedite Towing ("Balta"), is a individual and is subject to the jurisdiction of this Court.

8.     Plaintiff is informed and believes that Balta is an agent of PSBP.

9.     As of the Petition Date, Plaintiff is informed that the Debtor was the owner of at least ten (10) vehicles specifically identified as follows:

| Vehicle No. | License No. | Vehicle Id. Number | Type of Vehicle |
| --- | --- | --- | --- |
| 1. | 6G12783 | 4KLC4B1RXYJ803639 | Isuzu, Truck |
| 2. | 6H13469 | 4KLC4B1RXYJ803902 | Isuzu, Truck |
| 3. | 7F29819 | 4KLC4B1R9YJ805317 | Isuzu, Truck |
| 4. | 6K05643 | 4KLC4B1R7YJ802853 | Isuzu, Truck |

2

| Vehicle No. | License No. | Vehicle Id. Number | Type of Vehicle |
|---|---|---|---|
| 5. | 6Z95702 | JHBFA4JC531S10395 | Hino, Truck |
| 6. | 7A49633 | JHBFA4JC331S10394 | Hino, Truck |
| 7. | 6R55642 | 1GBJG31R111208161 | Chevrolet, Truck |
| 8. | 6P90901 | JW6CCC1G0YL002763 | Mitsubishi, Fuso Truck |
| 9. | 5J09032 | 1FTJE34F9SHC25480 | Ford, Van |
| 10. | 6C03341 | JHBFA4JE9X1S10178 | Hino, Truck |

10.     The Debtor may have an ownership interest in other vehicles (the "Other Vehicles") not listed in Paragraph 9 above.   The vehicles set forth in Paragraph 9 above, along with the Other Vehicles, are collectively referred to herein as the "Vehicles".

11.     True and correct copies of the Certificates of Title for each of the Vehicles listed in Paragraph 9 are attached hereto as Exhibits 1 through 10.

12.     A true and correct copy of the Debtor's Amended Schedule B filed on April 28, 2010, which reflects the Debtor's ownership interest in the Vehicles is attached hereto as Exhibit 11.

13.     As of the Petition Date, Plaintiff is informed and believes the Vehicles were located at the Debtor's business facility located at 2580 Corporate Place, Monterey Park, California (the "Facility").

14.     Plaintiff is informed that PSBP is the owner of the Facility and the Debtor's pre-petition landlord.

15.      Plaintiff was in the process of having CMA Credit Management Association ("CMA") perform a valuation of the Vehicles and arrange for relocation of the Vehicles when on or about June 28, 2010, Plaintiff was informed that PSBP and its agent Balta had removed the Vehicles from the Facility and relocated them to Balta's impound yard located at 1455 Spring Street, Long Beach, California (the "Impound Yard").

///

3

16.     Upon learning of the removal of the Vehicles by PSBP and Balta, Plaintiff's representatives contacted PSBP and Balta to inform them of the Bankruptcy Case and arrange for the turnover of the Vehicles to Plaintiff.

17.     On July 7, 2010, Plaintiff's counsel spoke with an employee of Balta identified as Johnny to inform Balta of the imposition of the automatic stay on the Vehicles and the continuing violation of the stay that Balta was committing by refusing to turn over the Vehicles to Plaintiff.  Johnny informed counsel that the Vehicles would not be released unless and until Balta was paid $30,000.

18.     On July 9, 2010, counsel for Plaintiff sent a letter addressed to Signal Hill Towing Yard, attention "Johnny", to inform Balta that his refusal to turn over the Vehicles constituted a violation of the automatic stay and that Plaintiff would be compelled to file a lawsuit for recovery and turnover of the Vehicles, including claims for relief for intentional violation of the automatic stay, if Balta continued to refuse to turn over the Vehicles.  A true and correct copy of the letter to Signal Hill Towing Yard on July 9, 2010 is attached hereto as Exhibit 12.

19.     On July 9, 2010, counsel for Plaintiff sent a letter addressed to P.S. Business Parks, Inc., to inform PSBP that its agent Balta's refusal to turn over the Vehicles constituted a violation of the automatic stay and that Plaintiff would be compelled to file a lawsuit for recovery and turnover of the Vehicles, including claims for relief for intentional violation of the automatic stay, if PSBP and Balta continued to refuse to turn over the Vehicles.  A true and correct copy of the letter to P.S. Business Parks, Inc. on July 9, 2010 is attached hereto as Exhibit 13.

## FIRST CLAIM FOR RELIEF

### (Turnover – Against Defendants PSBP and Balta)

20.     Plaintiff incorporates by reference paragraphs 1 through 19 set forth above.

21.     The Vehicles are property of the estate pursuant to 11 U.S.C. § 541(a)(1).

22.     Plaintiff is entitled to turnover of the Vehicles pursuant to 11 U.S.C. § 542(a).

///

4

## SECOND CLAIM FOR RELIEF

**(Intentional Violation of the Automatic Stay of 11 U.S.C. § 362(a)(3) – Against Defendant PSBP)**

23.    Plaintiff incorporates by reference paragraphs 1 through 19 set forth above.

24.    Plaintiff is informed and believes that PSBP intentionally violated the automatic stay by instructing Balta to remove the vehicles from the Facility.

25.    Only July 9, 2010, counsel for Plaintiff notified PSBP in writing that PSBP's actions were an intentional violation of the automatic stay and that PSBP had a responsibility to recover and return possession of the Vehicles to Plaintiff.

26.    Despite counsel's request, PSPB has failed to arrange for turnover of the Vehicles to Plaintiff.

27.    Plaintiff has suffered actual damages, including costs and attorneys' fees, in an amount as yet to be determined, as a result of PSBP's intentional violation of the automatic stay.

28.    Plaintiff contends that because PSBP's violation of the automatic stay was intentional, Plaintiff is entitled to recover punitive damages against PSBP.

## THIRD CLAIM FOR RELIEF

**(Intentional Violation of the Automatic Stay of 11 U.S.C. § 362(a)(3) – Against Defendant Balta)**

29.    Plaintiff incorporates by reference paragraphs 1 through 19 set forth above.

30.     Plaintiff is informed and believes that Balta intentionally violated the automatic stay by removing the vehicles from the Office Park and taking possession of the Vehicles at the Signal Property.

31.    Only July 9, 2010, counsel for Plaintiff notified Balta in writing that Balta's actions were an intentional violation of the automatic stay and that Balta must return possession of the Vehicles to Plaintiff immediately.

32.    Despite counsel's request, Balta has failed turn over of the Vehicles to Plaintiff.

33.    Plaintiff has suffered actual damages, including costs and attorneys' fees, in an amount as yet to be determined, as a result of Balta's intentional violation of the automatic stay.

34.    Plaintiff contends that because Balta's violation of the automatic stay was intentional, Plaintiff is entitled to recover punitive damages against Balta.

## FOURTH CLAIM FOR RELIEF

### (Conversion – Against Defendants PSBP and Balta)

35.    Plaintiff incorporates by reference paragraphs 1 through 19 set forth above.

36.    Plaintiff as trustee of the bankruptcy estate of the Debtor was the rightful owner of the Vehicles.

37.    PSBP wrongfully took possession of the Vehicles by failing to obtain permission of Plaintiff or relief from the automatic stay from the Court.

38.    Balta wrongfully took possession of the Vehicles by failing to obtain permission of Plaintiff or relief from the automatic stay from the Court.

39.    Plaintiff has been damaged in an amount to be determined at trial.

## FIFTH CLAIM FOR RELIEF

### (Injunctive Relief – Against Defendants PSBP and Balta)

40.    Plaintiff incorporates by reference paragraphs 1 through 19 set forth above.

41.    The wrongful conduct of PSBP and Balta, unless and until enjoined and restrained by order of this Court, will cause great and irreparable injury to the Vehicles, will deprive Plaintiff if his use and enjoyment thereof, and will further subject Plaintiff to lass and injury by preventing Plaintiff from administering the Vehicles for the benefit of the estate.

42.    Plaintiff has no adequate remedy at law for such injuries, and Plaintiff is entitled to a preliminary injunction and a permanent injunction requiring PSBP and Balta and their agents, servants and employees and all persons acting in concert with or for them to refrain

///

from any acts to sell, encumber, transfer, assign, hypothecate, damage or otherwise impair the Vehicles.

WHEREFORE, Plaintiff prays for judgment as follows:

1.      For a judgment against defendant Balta requiring turnover of the Vehicles to Plaintiff, or alternatively, for the value of such property.

2.      That the Court issue a temporary restraining order, preliminary injunction and permanent injunction enjoining and restraining PSBP and Balta from selling, encumbering, transferring, assigning, hypothecating, damaging or otherwise impairing the Vehicles.

3.      For a judgment against Balta for actual and punitive damages caused by Balta's intentional violation of the automatic stay pursuant to 11 U.S.C. §§ 362(a)(3) and 105(a).

4.      For a judgment against PSBP for actual and punitive damages caused by PSBP's intentional violation of the automatic stay pursuant to 11 U.S.C. §§ 362(a)(3) and 105(a).

5.      For costs of suit.

6.      For such other and further relief as the Court deems just and proper under the circumstances.

DATED: August 2, 2010

GOODMAN FAITH, LLP

By:_____

JEREMY W. FAITH
RUDOLPH E. BRANDES
Attorneys for Plaintiff David L. Hahn,
Chapter 7 Trustee

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

51109103035

VEHICLE HISTORY

COMMERCIAL

VEHICLE ID NUMBER
4KLC4B1RXYJ803639

YR MODEL / MAKE
2000 ISU

PLATE NUMBER
6G12783

BODY TYPE MODEL
VA

UNLADEN
AX WEIGHT
2 14800

FUEL
G

TRANSFER DATE

FEES PAID
*15

REGISTRATION
EXPIRATION DATE
07/31/2010

YR 1ST SOLD
2000

CLASS
JV

'YR

MO
QY

EQUIPMT/TRUST NUMBER

ISSUE DATE
11/11/09

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE

ODOMETER READING

REGISTERED OWNER(S)

WAPO GROUP INC
2580 CORPORATE PL STE F203
MONTEREY PARK CA 91754

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
DATE        SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
DATE        SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [_____] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is not the actual mileage. ☑ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|------|------|------|------|
|  | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA 121118029

004388

REG. 17.30BS (REV. 7/07)

KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT 1

06

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

51109103035

COMMERCIAL

VEHICLE ID NUMBER
4KLC4B1RXYJ803902

MODEL 2000  MAKE ISU  PLATE NUMBER 6H13464

BODY TYPE MODEL RE  AX WEIGHT / UNLADEN WEIGHT 2 14500  FUEL G  TRANSFER DATE  FEES PAID #15  REGISTRATION EXPIRATION DATE 08/31/2010

YR 1ST SOLD 2000  CLASS JX  YR  MO QY  EQUIPMT/TRUST NUMBER  ISSUE DATE 11/11/09

MOTORCYCLE ENGINE NUMBER  ODOMETER DATE  ODOMETER READING

REGISTERED OWNER(S)
WAPO GROUP INC
2580 CORPORATE PL STE F203
MONTEREY PARK CA 91754

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE

DATE   X   SIGNATURE OF REGISTERED OWNER

1b   DATE   X   SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

DATE   TRANSFEROR/SELLER SIGNATURE(S)  X   DATE   TRANSFEREE/BUYER SIGNATURE(S)  X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY   PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

004387   CA 121118028

REG. 17.30RS (REV. 7/07)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

EXHIBIT   2

09

## STATE OF CALIFORNIA

b9100102SE0

## CERTIFICATE OF TITLE

COMMERCIAL

| | | | |
|---|---|---|---|
| VEHICLE ID NUMBER<br>4KLC4B1R9YJ805317 | YR<br>MODEL<br>2000 | MAKE<br>ISU | PLATE NUMBER<br>6H32591 |
| BODY TYPE MODEL<br>VN | UNLADEN<br>AX  WEIGHT  FUEL  TRANSFER DATE<br>2  14500  G | FEES PAID<br>$1112 | REGISTRATION<br>EXPIRATION DATE<br>10/31/2001 |
| | YR 1ST<br>SOLD  CLASS  YR  MO<br>2000  JY      FY | EQUIPMT/TRUST NUMBER | ISSUE DATE<br>11/04/00 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE   ODOMETER READING
10/11/2000       240 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
WAPO GROUP INC/
CHU ALAIN
2580 CORPORATE PL
MONTEREY PARK CA 91754

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
       DATE                        SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
       DATE                        SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|,|__|__|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S)<br>X | DATE | TRANSFEREE/BUYER SIGNATURE(S)<br>X |
|---|---|---|---|
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

ISUZU MOTORS ACCEPTANCE
CORP
999 N W GRAND BLVD 600
OKLAHOMA CITY
OK 73118

ISUZU MOTOR ACCEPTANCE CORP.

2 X _Reynold Freeman_
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date ___10-27-04___

CA50758850
REG 17.30 (REV. 2/96)

022197

KEEP IN A SAFE PLACE — VOID IF ALTERED

EXHIBIT   3.

10

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

51109102227

COMMERCIAL

VEHICLE ID NUMBER

4KLC4B1R7YJ802853

YR MODEL    MAKE
2000 ISU

PLATE NUMBER
LK05L43

BODY TYPE MODEL    AX WEIGHT    UNLADEN    FUEL    TRANSFER DATE    FEES PAID
VN    2    07280    G    $15

REGISTRATION EXPIRATION DATE
01/31/2010

YR 1ST SOLD    CLASS    YR    MO    EQUIPMT/TRUST NUMBER    ISSUE DATE
2000 JX    QY    11/01/09

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE
01/04/2001
ACTUAL MILEAGE

ODOMETER READING
254 MI

REGISTERED OWNER(S)

WAPO GRP INC/
ALAIN CHU
2580 CORPORATE PL APT F203
MONTEREY PARK CA 91754

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. X _____
DATE    SIGNATURE OF REGISTERED OWNER

1b. X _____
DATE    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.
LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

CA 120968061
004123    REG. (7.30RS (REV.7/07)

KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT    4

11

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

VEHICLE HISTORY

51109072785

COMMERCIAL

VEHICLE ID NUMBER
JHBFA4JC531S10395

YR MODEL MAKE
2003 HINO

PLATE NUMBER
6Z95702

BODY TYPE MODEL
VN

UNLADEN
AX WEIGHT
2.09110 D

FUEL
D

TRANSFER DATE
07/09/09

FEES PAID
*67?

REGISTRATION EXPIRATION DATE
09/30/2010

YR 1ST SOLD
2002

CLASS
MJ

YR

MO
QV

EQUIPMT/TRUST NUMBER

ISSUE DATE
08/06/09

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE
07/09/2009

ODOMETER READING
156333 MI

ACTUAL MILEAGE

REGISTERED OWNER(S)
WAPO GROUP INC
2580 CORPORATE PL STE F203
MONTEREY PARK CA 91754

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
DATE          SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
DATE          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

005259 CA119453014

REG. 17.30RS (REV.7/07)

KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT 5

12

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

185091020G3

VEHICLE HISTORY

COMMERCIAL

**VEHICLE ID NUMBER**
JHBFA4JC331S10394

**YR MODEL  MAKE**
2003 HINO

**PLATE NUMBER**
7A49633

**BODY TYPE MODEL**
TB

**AX  UNLADEN WEIGHT**
2 09090

**FUEL**
D

**TRANSFER DATE**
03/04/09

**FEE PAID**
*277

**REGISTRATION EXPIRATION DATE**
09/30/2009

**YR 1ST SOLD**
2002

**CLASS**
MJ

**YR**

**MO**
QY

**EQUPMT/TRUST NUMBER**

**ISSUE DATE**
11/01/09

**MOTORCYCLE ENGINE NUMBER**

**ODOMETER DATE**
03/04/2009

**ODOMETER READING**
190273 MI
ACTUAL MILEAGE

**REGISTERED OWNER(S)**
WAPO GROUP INC
2580 CORPORATE PL F203
MONTEREY PARK CA 91754

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

1b. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [_____] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE _____ TRANSFEROR/SELLER SIGNATURE(S)  X _____ | DATE _____ TRANSFEREE/BUYER SIGNATURE(S)  X _____

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA 120968060

004122    REG. 17.30RS. (REV.7/07)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

EXHIBIT    6

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

081090223BA

COMMERCIAL

VEHICLE HISTORY

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1GBJG31R111208161 | 2001 | CHEV | 6R55642 |

| BODY TYPE MODEL | AX WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|
| VN | 2 06720 | G | | NONE | 07/31/2008 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2001 | EC | 2006 | QP | | 03/03/09 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE 04/19/2006    ODOMETER READING 9347 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)

WHINSTONE GROUP INC
2580 CORPORATE PL F203
MONTEREY PARK CA 91754

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

X _____
DATE    SIGNATURE OF REGISTERED OWNER

X _____
DATE    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING    ☐ Odometer reading is not the actual mileage.    ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.
LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA116557553
001596    REG. 17.30R8 (REV.7/07)

### KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT    7

14

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

51107101519

COMMERCIAL

VEHICLE ID NUMBER
JW6CCC1G0YL002763

YR MODEL    MAKE
2000 MITS

PLATE NUMBER
6P90901

BODY TYPE MODEL
VN

AX WEIGHT (UNLADEN)
2 10360

FUEL
D

TRANSFER DATE
09/04/07

FEES PAID
$1392

REGISTRATION EXPIRATION DATE
05/31/2008

YR 1ST SOLD
2001

CLASS
DM

YR
2007

MO
NX

EQUIPMT/TRUST NUMBER

ISSUE DATE
10/25/07

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE
09/04/2007

ODOMETER READING
70433 MI

ACTUAL MILEAGE

REGISTERED OWNER(S)
WAPO GROUP INC
2580 CORPORATE PL F203
MONTEREY PARK CA 91754

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER

1b. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|------|-------------------------------|------|-------------------------------|
|      | X                             |      | X                             |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTER NAME OF AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA 106351970

005323

REG 17.30RS (REV. 10/03)

KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT  8

15