JEREMY W. FAITH (State Bar No. 190647)
GOODMAN FAITH, LLP
21550 Oxnard Street, Suite 830
Woodland Hills, California 91367
Telephone: (818) 887-2500
Facsimile: (818) 887-2501

Attorneys for David L. Hahn,
Chapter 7 Trustee



**FILED & ENTERED**

**JAN 30 2012**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

|  |  |
|---|---|
| In re<br>WHINSTONE GROUP, INC.<br><br>Debtor | Case No.: 2:10-bk-16565-ER<br><br>Chapter: 7 |
| DAVID L. HAHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>vs.<br><br>PS BUSINESS PARKS, L.P., a California limited partnership; ABDEL BALTA, an individual, d/b/a SIGNAL HILL TOWING, a/d/b/a SIGNAL TOWING, a/d/b/a EXPEDITE TOWING; and JOHNNY KABAKOULAK,<br><br>Defendants.<br>. | Adv. No. 2:10-ap-02446 ER<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[FRBP 7041 AND FRCP 41] |

The Court, having granted the Motion to Approve Compromise of Controversy filed by David L. Hahn (the "Trustee"), Chapter 7 trustee for the Bankruptcy Estate of Whinstone Group, Inc., whereby the Trustee settled all claims in the above-captioned adversary action (the "Adversary Action") with PS Business Parks, L.P., a California limited partnership; Abdel Balta, an individual, d/b/a Signal Hill Towing, a/d/b/a Signal Towing, a/d/b/a Expedite Towing; and Johnny Kabakoulak (Collectively, the "Defendants"), and good cause appearing, it is therefore

///

ORDERED that Adversary Action is hereby dismissed with prejudice.

PRESENTED BY:

GOODMAN FAITH, LLP

By: /S/ Jeremy W. Faith
        JEREMY W. FAITH
Attorneys for David L. Hahn, Chapter
7            Trustee & Plaintiff

### 

DATED: January 30, 2012

_____
United States Bankruptcy Judge

| In re:<br>WHINSTONE GROUP, INC., | CHAPTER  7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-46198-ER<br>ADV. NUMBER: 2:10-ap-01794-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 21550 Oxnard St., Suite 830, Woodland Hills, CA  91367

A true and correct copy of the foregoing document described as **ORDER OF DISMISSAL WITH PREJUDICE**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**[leave blank]**

II. **SERVED BY ☒U.S. MAIL OR ☐OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___January 19, 2012_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest Robles, 255 E. Temple St., Suite 1560, Los Angeles, CA  90012
Office of the US Trustee, 725 S. Figueroa St., Suite 2600, Los Angeles, CA  90017

☐ Service information continued on attached page

III.   **SERVED BY ☐PERSONAL DELIVERY, ☐FACSIMILE TRANSMISSION OR ☐EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2012 | Lee Dowding | /s/ LEE DOWDING |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>WHINSTONE GROUP, INC.<br><br>Debtor(s). | CHAPTER  7<br><br>CASE NUMBER 2:09-bk-46198-ER<br>ADV. NUMBER:  2:10-ap-01794-ER |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify):* **ORDER OF DISMISSAL WITH PREJUDICE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __January 19, 2012____ the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Jeremy Faith    jfaith@goodmanfaith.com
David L Hahn (TR)     trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
David B Shemano     dshemano@pwkllp.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

P.S. Business Parks, L.P., 2599 East 28th Street, #204, Signal Hill, CA 90755
Abdel Balta, 1455 E. Spring St., Long Beach, CA 90806
Johnny Kabakoulak, 1455 E. Spring St., Long Beach, CA 90806

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| In re: | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER |

**ADDITIONAL SERVICE INFORMATION (if needed):**