# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| **Debtor(s) Name** | **For Court Use Only** |
|---|---|
| **Plaintiff**  DAVID L HAHN | **FILED**  **February 21, 2012**  CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY LRL DEPUTY CLERK |
| **Defendant**  PS Business Parks, L.P. | |
| **Chapter:** 7  **Case Number:** 2:10–bk–16565–ER  **Adversary Number:** 2:10–ap–02446–ER | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 2/21/12*

*By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

50/ LRL